# Court of Appeals
# of the State of Georgia

ATLANTA, October 15, 2024

*The Court of Appeals hereby passes the following order:*

A25A0327. PAUL WERSANT v. SOPHIA HO WERSANT.

This appeal was docketed on September 9, 2024. The appellant failed to comply with Court of Appeals Rule 23 (a) regarding the filing of a brief within 20 days after the appeal was docketed. Because the appellant failed to comply with Court of Appeals Rule 23 (a), this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/15/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*